# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

Michael@faillacelaw.com

September 21, 2021

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

　　　　　　　　　　Re:　　Pu et al v. Golden City Restaurant Huang's Inc. et al.
　　　　　　　　　　　　　　Case No.: 1:21-cv-05035-ALC-SLC

Your Honor:

　　　　This firm represents Plaintiffs in the above-referenced matter. We write jointly with defense counsel to request an extension of time to file our Report of Rule 26(f) Conference and Proposed Case Management Plan.

　　　　The parties are currently in discussions over a discovery schedule. Notwithstanding, the parties are not seeking an adjournment of the Initial Case Management Conference.

　　　　Additionally, the mediation session scheduled for 10/07/2021 (Dkt. No. 16) has been re-scheduled for 10/22/2021 at 10AM.

　　　　The parties thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Bryan D. Robinson*
　　　　　　　　　　　　　　　　　　　　　　　　　　Bryan D. Robinson, Esq.

---

The parties' letter-motion requesting an extension of the deadline to file their Rule 26(f) Report (ECF No. 21) is GRANTED, and the deadline for the parties to submit their Rule 26(f) Report is EXTENDED to **Thursday, September 24, 2021**. The Initial Conference will remain on September 28, 2021 at 4:00 pm in Courtroom 18A, 500 Pearl Street, New York, New York. (ECF No. 20).

The Clerk of Court is respectfully directed to close ECF No. 21.

SO ORDERED 9/22/2021

_____
SARAH L. CAVE
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*