UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DIEGO PU, *individually and on behalf of others similarly
situated,*

                              *Plaintiff,*

-against-

GOLDEN CITY RESTAURANT HUANG'S
INC. (D/B/A GOLDEN CITY), AND LEE
WAH.

                              *Defendants.*
----------------------------------------------------------X

Case 1:21-cv-05035-ALC-SLC

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff DIEGO PU, have judgment against Defendants GOLDEN CITY RESTAURANT HUANG'S INC. (D/B/A GOLDEN CITY), AND LEE WAH (collectively "Defendants"), jointly and severally, in the amount of $17,000.00, (Seventeen Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20___      SO ORDERED,

                                                  _____