UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIEGO PU, *individually and on behalf of others similarly situated,*

                     *Plaintiff,*

-against-

GOLDEN CITY RESTAURANT HUANG'S INC. (D/B/A GOLDEN CITY), AND LEE WAH.

                     *Defendants.*
------------------------------------------------------------X

Case 1:21-cv-05035-ALC-SLC

**JUDGMENT**

On 12/3/2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows: That the Plaintiff DIEGO PU, have judgment against Defendants GOLDEN CITY RESTAURANT HUANG'S INC. (D/B/A GOLDEN CITY), AND LEE WAH (collectively "Defendants"), jointly and severally, in the amount of $17,000.00, (Seventeen Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs. *See Mei Xing Yu v. Hasaki Restaurant, Inc.*, 944 F.3d 395, 410 (2d Cir. 2019).

Dated: December 3, 2021

SO ORDERED.

*[signature]*

**Andrew L. Carter, Jr.**
**United States District Judge**